UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD A. GARY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　Defendants. | No. 2:16-cv-2035 KJN P<br><br><br>ORDER TO SHOW CAUSE |

　　　　Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed October 11, 2016, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order. Therefore, plaintiff shall show cause why this action should not be dismissed based on his failure to prosecute this action.

　　　　IT IS HEREBY ORDERED that, within fourteen days, plaintiff shall show cause why this action should not be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

Dated:  December 1, 2016

/gary2035.fusm

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1